# EXHIBIT 3

Consignment Inventory Count
Location = Olive Branch, MS
Shift from 5pm-1am

| Labor Breakdown: | | | Per Hour | |
|---|---|---|---|---|
| Head Count | Qty | Hr Rate * | Labor $ | Notes/Assumptions |
| Manager | 1 | 45.00 | 45.00 | |
| Supervisor | 2 | 27.14 | 54.28 | 1 per Team |
| Forklift Driver | 2 | 22.42 | 44.84 | 1 per Team |
| FT Associates | 2 | 20.65 | 41.30 | 1 per Team |
| Total Labor (Includes Benefits) | 7 | | 185.42 | |

| Overhead Breakdown: | | | | |
|---|---|---|---|---|
| | Qty | Hourly Charge | OH Allocation $ | |
| Rent/Taxes | 1 | 278.06 | 278.06 | Overall Cost Per hour (365x24) |
| Insurance | 1 | 105.13 | 105.13 | Per Operating Hours (45 per week) |
| Utilities | 1 | 151.71 | 151.71 | Per Operating Hours (45 per week) |
| Total OH Allocation | | | 534.90 | |

| Equipment | # | Hourly Rate $ | Forklift Exp |
|---|---|---|---|
| Forklift | 2 | 25.0 | 50.00 |

| | | |
|---|---|---|
| Sub Total | $ | 770.32 |
| Markup (30%) | $ | 231.10 |
| Total Expense | $ | 1,001.42 |